APRIL 3, 1994

No. 93–8492 (A–809). LAMBERTY, AS NEXT FRIEND TO BEAVERS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari dismissed for want of jurisdiction. JUSTICE STEVENS and JUSTICE GINSBURG would deny the petition for writ of certiorari.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.